IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
JUL 26 2024
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Cynthia Posey

Plaintiff(s),

v.

Greyhound 2TLA
Montgomery City Transit
Sam Limousine

Defendant(s).

CIVIL ACTION NO.
2:24-CV-445-MHT-SMD

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 418 N Florida St Montgomery AL 36107

2. Name and address of defendant(s): Greyhound, Montgomery City Transit, Sam Limousine

3. Place of alleged violation of civil rights: Downtown City Bus terminal

4. Date of alleged violation of civil rights: _____

5. State the facts on which you base your allegation that your constitutional rights have been violated: I discover that first City Transit was held hostage, the bus driver hurt me and other riders, then Greyhound move downtown with a time not safe but now they are held hostage like the City Transit is. A gun was pulled on June 27, 2024 on Rosa (?) between June 25-28 march 2-2:15. I sat near to an inmate or prisoner either way a fugitive

1

6.   Relief requested: I Am Requesting from Greyhand $50,000,000 million dollars for endangering me, An $80,000,000 City Transit for endangering and killing my pregnancy these financial son longsome of Greyhand and $20,000,000 Because that was the day I was on.

Date: July 26, 2024                    Cynth Posey
                                        Plaintiff(s) Signature

2