IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA CYNDRIA DINICE POSEY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:24cv445-MHT (WO) |
| GREYHOUND, et al., ) ) | |
| Defendants. ) | |

OPINION

Plaintiff Cynthia Posey filed this lawsuit asserting that both she and other individuals were endangered on various vehicles operated by defendants Greyhound, Sam's Limousine, and Montgomery City Transit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered

DONE, this the 31st day of January, 2025.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**