IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA CYNDRIA DINICE POSEY, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>GREYHOUND, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:24cv445-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(3) This lawsuit is dismissed.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 31st day of January, 2025.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE